Chester D. Meister, et al., Plaintiffs-Appellants, v. City of Wheaton, a Municipal Corporation, Defendant-Appellee.

Gen. No. 65–41. 

Second District.

March 14, 1966.

Gordon Moffett, of Wheaton, for appellants; Hartman E. Stime, City Attorney, and John R. Mackay, both of Wheaton, for appellee.

Opinion by JUSTICE ABRAHAMSON. Not to be published in full.